# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>**HALKER CONSULTING LLC**<br>EIN: 20-4611545,<br>　　　Debtor. | **Case No. 17-15141-MER**<br>**Chapter 11** |
| In re:<br>**MATTHEW HALKER**<br>SS#: XX-XXX-8528,<br>　　　Debtor. | **Case No. 17-15143-MER**<br>**Chapter 11**<br><br>**Jointly administered under**<br>**Case No. 17-15141-MER** |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH APOGEE COLORADO HOLDINGS, LLC PURSUANT TO FED. R. BANKR. P. 9019(a)

Upon the Motion to Approve Settlement Agreement with Apogee Colorado Holdings, LLC ("Apogee") Pursuant to Fed. R. Bankr. P. 9019(a) (the "Motion") submitted by the Debtors, Halker Consulting LLC and Matthew Halker (together, the "Debtors"), seeking approval of the Settlement Agreement between Apogee in the Debtors, attached to the Motion as Exhibit A (the "Settlement Agreement"); having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors and that the settlement memorialized in the Settlement Agreement is fair and equitable and otherwise satisfies the requirements for approval under Fed. R. Bankr. P. 9019(a); having jurisdiction to consider the Motion and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper and sufficient notice of the Motion having been provided to all necessary and appropriate parties, and no further notice being necessary; and after due deliberation and sufficient cause appearing therefor, the Court HEREBY

FINDS, ORDERS, ADJUDGES, AND DECREES THAT:

1. The Motion shall be and is hereby GRANTED.

2. The Settlement Agreement and its terms are hereby approved pursuant to Fed. R. Bankr. P. 9019(a).

Dated this 22nd day of September, 2017.

BY THE COURT:

The Honorable Michael E. Romero
Chief United States Bankruptcy Judge